No. 83–629.   HASBRO INDUSTRIES, INC., ET AL. v. A/S GARONNE-GLITTRE ET AL.   C. A. 9th Cir.   Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 83–5260.   WASHINGTON v. NEW YORK CITY BOARD OF ESTIMATE.   C. A. 2d Cir.   Certiorari denied.   JUSTICE MARSHALL would grant certiorari.

No. 83–5273.   DELEGAL v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.   JUSTICE WHITE took no part in the consideration or decision of this petition.

No. —— ——.   P STONE, INC. v. KOPPERS CO., INC., ET AL., ante, p. 879;
No. 82–1718.   RANDALL BOOK CORP. v. MARYLAND, ante, p. 919;
No. 82–6865.   MUHAMMAD v. FLORIDA, ante, p. 865;
No. 83–302.   AVEDISIAN v. MAY ET AL., ante, p. 909; and
No. 83–311.   STRASSNER v. STRASSNER, ante, p. 936.   Petitions for rehearing denied.

DECEMBER 12, 1983

No. 83–737.   CALIFORNIA ET AL. v. UNITED STATES ET AL.; and
No. 83–738.   NEW YORK STATE DEPARTMENT OF PUBLIC SERVICE v. UNITED STATES ET AL.   Affirmed on appeals from D. C. D. C.   Reported below: 569 F. Supp. 1057.

No. 82–1848.   CHICAGO BRIDGE & IRON CO. v. WASHINGTON DEPARTMENT OF REVENUE.   Appeal from Sup. Ct. Wash. dismissed for want of substantial federal question.

No. 83–655.   CROWDER v. TEXAS.   Appeal from Ct. Crim. App. Tex. dismissed for want of substantial federal question.

No. 83–662.   GAINES v. MERCHANTS NATIONAL BANK & TRUST CO.   Appeal from C. A. 7th Cir. dismissed for want of